## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRIC OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **CARLOS CRUZ** ) | |
| 6112 Muncaster Mill Road ) | |
| Derwood, Maryland 20855 ) | |
| ) | |
| **IRMA RIVERA** ) | |
| 6112 Muncaster Mill Road ) | |
| Derwood, Maryland 20855 ) | Civil Case No. _____ |
| ) | |
| **BRIDGET CRUZ** ) | |
| **BY HER NEXT FRIENDS,** ) | |
| **CARLOS CRUZ AND IRMA RIVERA** ) | |
| 6112 Muncaster Mill Road ) | |
| Derwood, Maryland 20855 ) | |
| ) | |
| **JEAN CARLOS CRUZ** ) | |
| **BY HIS NEXT FRIENDS,** ) | |
| **CARLOS CRUZ AND IRMA RIVERA** ) | |
| 6112 Muncaster Mill Road ) | |
| Derwood, Maryland 20855 ) | |
| ) | |
| **JOSUE DANIEL CRUZ** ) | |
| **BY HIS NEXT FRIENDS,** ) | |
| **CARLOS CRUZ AND IRMA RIVERA** ) | |
| 6112 Muncaster Mill Road ) | |
| Derwood, Maryland 20855 ) | |
| ) | |
| And ) | |
| ) | |
| **JEFFERSON CRUZ** ) | |
| **BY HIS NEXT FRIENDS,** ) | |
| **CARLOS CRUZ AND IRMA RIVERA** ) | |
| 6112 Muncaster Mill Road ) | |
| Derwood, Maryland 20855 ) | |
| ) | |
|                      Plaintiffs, ) | |
| ) | |

| | |
|---|---|
| v. | ) |
| | ) |
| | ) |
| **DONOVAN DEWAYNE ROSS** | ) |
| **109 Miller Street** | ) |
| **Gordon, Georgia 31031** | ) |
| | ) |
| And | ) |
| | ) |
| **CRAFT TRANSPORTATION, LLC** | ) |
| **2128 Amherst Trail, SE** | ) |
| **Conyers, Georgia 30094** | ) |
|    Serve: Nicholas Craft, Registered Agent | ) |
|    2128 Amherst Trail, SE | ) |
|    Conyers, Georgia 30094 | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

Plaintiffs Carlos Cruz, Irma Rivera, Bridget Cruz (by her next friends, Carlos Cruz and Irma Rivera), Jean Carlos Cruz (by his next friends, Carlos Cruz and Irma Rivera), Josue Daniel Cruz (by his next friends, Carlos Cruz and Irma Rivera), and Jefferson Cruz (by his next friends, Carlos Cruz and Irma Rivera) (collectively, "Plaintiffs"), by and through undersigned counsel, bring this Complaint against Defendants Donovan Dewayne Ross and Craft Transportation, LLC (collectively, "Defendants"), and in support thereof, state as follows:

### PARTIES

1. Plaintiff Carlos Cruz is an adult citizen of Montgomery County, Maryland, residing at the above-captioned address.

2. Plaintiff Irma Rivera is an adult citizen of Montgomery County, Maryland, residing at the above-captioned address.

3. Plaintiff Bridget Cruz is a minor child residing at the above-captioned address, and is filing this action by her next friends, Carlos Cruz and Irma Rivera.

4. Plaintiff Jean Carlos Cruz is a minor child residing at the above-captioned address, and is filing this action by his next friends, Carlos Cruz and Irma Rivera.

5. Plaintiff Josue Daniel Cruz is a minor child residing at the above-captioned address, and is filing this action by his next friends, Carlos Cruz and Irma Rivera.

6. Plaintiff Jefferson Cruz is a minor child residing at the above-captioned address, and is filing this action by his next friends, Carlos Cruz and Irma Rivera.

7. Upon information and belief, Defendant Donovan Dewayne Ross is an adult citizen of Wilkinson County, Georgia, residing at the above-captioned address.

8. Upon information and belief, Defendant Craft Transportation, LLC is a limited liability company organized under the laws of the State of Georgia with a principal place of business in Rockdale County, Georgia located at the above-captioned address.

## JURISDICTION AND VENUE

9. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this action is between citizens of different states and because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

10. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because all or a substantial part of the events giving rise to the claims presented occurred within Prince William County in the Eastern District of Virginia.

## FACTS

11. Plaintiffs incorporate by reference the allegations of each of the foregoing paragraphs as if specifically re-alleged herein.

12. On September 2, 2021, at approximately 10:47 P.M., Plaintiff Carlos Cruz was operating his vehicle, a 2017 GMC Sierra 1500 Denali, heading southbound on Interstate 95 near mile marker 158.2 in Woodbridge, Virginia. Plaintiff Irma Rivera was a restrained front-seat passenger, and the remaining Plaintiffs were restrained rear-seat passengers.

13. Plaintiff Carlos Cruz was proceeding slowly due to traffic ahead.

14. At this time, Defendant Donovan Dewayne Ross, who was operating a vehicle owned by Defendant Craft Transportation, LLC directly behind the vehicle operated by Plaintiff Carlos Cruz, failed to pay proper attention and collided into the rear of Plaintiff Carlos Cruz's vehicle.

15. Plaintiff Carlos Cruz' vehicle incurred extensive damage and was declared a total loss.

## COUNT I (NEGLIGENCE)
## BY PLAINTIFFS AGAINST DEFENDANT DONOVAN DEWAYNE ROSS

16. Plaintiffs incorporate by reference the allegations of each of the foregoing paragraphs as if specifically re-alleged herein.

17. At the time of this incident, Defendant Donovan Dewayne Ross owed Plaintiffs the duties of:

    a. Using that degree of care and skill necessary to properly control the vehicle driven by Defendant Donovan Dewayne Ross;

    b. Complying with all applicable laws, statutes, codes, and other regulations then and there in effect;

    c. Paying full and proper attention to his driving; and

    d. Otherwise to be determined during discovery.

18. Defendant Donovan Dewayne Ross was negligent and breached his duties, causing the above-described collision.

19. Plaintiffs neither assumed any risk of injury, nor contributed in any way to Defendant Donovan Dewayne Ross's negligence.

20. As a direct and proximate result of Defendant Donovan Dewayne Ross's negligence, and through no negligence on their own part, Plaintiffs suffered serious injuries, including, but not limited to, medical costs, conscious pain and suffering, and/or lost wages.

## COUNT II (NEGLIGENCE)
## BY PLAINTIFFS AGAINST DEFENDANT CRAFT TRANSPORTATION, LLC

21. Plaintiffs incorporate by reference the allegations of each of the foregoing paragraphs as if specifically re-alleged herein.

22. At all times, Defendant Donovan Dewayne Ross was acting within the course and scope of his employment with his employer, Defendant Craft Transportation, LLC.

23. While committing negligence as alleged above, Defendant Donovan Dewayne Ross was acting in furtherance of Defendant Craft Transportation, LLC's business and in a manner authorized by Defendant Craft Transportation, LLC.

24. Indeed, at the time of the accident, Defendant Donovan Dewayne Ross was operating a company vehicle owned by his employer, Defendant Craft Transportation, LLC, and was operating the company vehicle with Defendant Craft Transportation, LLC's permission as an employee in the course of his employment.

25. Therefore, Defendant Craft Transportation, LLC is responsible for damages caused by Defendant Donovan Dewayne Ross' negligence under the doctrine of *Respondeat Superior*.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment against Defendants, jointly and severally, and award the following relief to Plaintiffs:

(i) Compensatory damages for Plaintiff Carlos Cruz in an amount exceeding $75,000.00 to be determined at trial;

(ii) Compensatory damages for Plaintiff Irma Rivera in an amount exceeding $75,000.00 to be determined at trial;

(iii) Compensatory damages for Plaintiff Bridget Cruz in an amount exceeding $50,000.00 to be determined at trial;

(iv) Compensatory damages for Plaintiff Jean Carlos Cruz in an amount exceeding $25,000.00 to be determined at trial;

(v) Compensatory damages for Plaintiff Josue Daniel Cruz in an amount exceeding $25,000.00 to be determined at trial;

(vi) Compensatory damages for Plaintiff Jefferson Cruz in an amount exceeding $25,000.00 to be determined at trial;

(vii) An award of costs and fees including, without limitation, fees for attorneys; and

(viii) Any other relief that the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiffs respectfully hereby demand a trial by jury.

Respectfully Submitted,

*[signature]*

Ray M. Shepard, VSB # 38237
The Shepard Law Firm, LLC
122 Riviera Drive
Pasadena, Maryland 21122
(410) 255-0700 (tel)
(410) 773-1922 (fax)
Ray@Shepard.Law

*Counsel for Plaintiffs*