**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| CARLOS CRUZ, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No.  1:23-cv-01104-PTG-WEF |
| v. | ) | |
| | ) | |
| DONOVAN DEWAYNE ROSS, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Carlos Cruz ("Plaintiff"), by and through undersigned counsel hereby notifies the Court that the parties have reached a settlement in this matter.

The Court currently has a Pretrial Conference scheduled for February 21, 2024 at 10:00 am.

Respectfully Submitted,

/s/Ray M. Shepard
Ray M. Shepard, VSB No. 38237
The Shepard Law Firm LLC
122 Riviera Drive
Pasadena, Maryland 21122
Phone: (410) 255 0700
Facsimile: (443) 773 1922
Ray@Shepard.Law

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by court approved filing system, this 25th day of January 2024 on:

> Sandra M. Douglas
> Michael T. Essig
> Hancock Daniel & Johnson, P.C.
> 4701 Cox Road, Suite 400
> Glen Allen, Virginia 23060
>
> *Counsel for Defendants*

/s/Ray M. Shepard
Ray M. Shepard, VSB No. 38237

2