UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CARLOS CRUZ et al., )<br>)<br>Plaintiffs, )<br>) <br>) Civil Action No. 1:23cv1104 (WEF)<br>v. )<br>)<br>DONOVAN DEWAYNE ROSS et al., )<br>)<br>Defendants. )<br>_____ ) | |

### ORDER

This matter is before the Court on the parties' Joint Motion for Settlement Approval and Proposed Final Order Approving Compromise Settlement. (Dkts. 24, 34). The parties appeared for a hearing before the undersigned on May 31, 2024. Counsel for both parties appeared in addition to Plaintiffs Cruz and Rivera. During the hearing, Plaintiffs Cruz and Rivera represented to the Court that they had no objection to the settlement terms and all parties agreed that the settlement compromise, as set forth in the proposed Final Order (Dkt. 34), is fair, reasonable, and in the best interests of the minor plaintiffs. The undersigned agreed and approved the settlement.

For the reasons set forth from the bench, and in accord with specific rulings and instruction thereto, it is hereby

**ORDERED** that Joint Motion for Settlement Approval (Dkt. 24) is **GRANTED**; and it is further

**ORDERED** that the Proposed Final Order Approving Compromise Settlement (Dkt. 34) is **GRANTED**. The Court will enter the Final Order Approval Compromise Settlement as its

own order separately on the docket.

      **ENTERED** this 31st day of May, 2024

                                                 _William E. Fitzpatrick_
                                                 WILLIAM E. FITZPATRICK
                                                 UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia