IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CARLOS CRUZ, *et al.*,

    Plaintiffs.

v.

                                Case No.: 1:23-CV-01104-PTG-WEF

DONOVAN DEWAYNE ROSS,

and

CRAFT TRANSPORTATION, LLC,

    Defendants.

## FINAL ORDER APPROVING COMPROMISE SETTLEMENT

THIS DAY came the Parties, Plaintiffs Bridget Cruz, Jean Carlos Cruz, Josue Cruz, and Jefferson Cruz, by their Next Friends Carlos Cruz and Irma Rivera ("Minor Plaintiffs"), and Carlos Cruz and Irma Rivera individually ("Plaintiffs Cruz and Rivera"), and Defendants Donovan Dewayne Ross, and Craft Transportation, LLC, as well as Progressive Mountain Insurance Company (collectively "Defendants"), by counsel, pursuant to Va. Code § 8.01-424, having filed a Joint Motion for Approval of Compromise Settlement (hereinafter referred to as "Motion"), requesting permission to compromise claims for damages arising out of injuries allegedly received by Minor Plaintiffs in an accident on September 2, 2021, as further described in the Motion.

It was thereupon represented to the Court that subject to the approval of the Court all matters by and between Minor Plaintiffs, Plaintiffs Cruz and Rivera, and Defendants have been compromised and settled. The Court finds that all proper parties have received timely and proper notice of this proceeding.

Plaintiffs Cruz and Rivera, who are the next friends and custodial parents of Minor Plaintiffs, have joined Minor Plaintiffs' claims for the medical expenses, past and future, and loss of services of Minor Plaintiffs to this case. Minor Plaintiffs reside with Plaintiffs Cruz and Rivera who are the next friends, biological parents, and legal guardians of Minor Plaintiffs at 6112 Muncaster Mill Road, Derwood, Maryland 20855.

Thereupon it is represented to the Court that without admitting any liability on the part of any Defendant, Progressive Mountain Insurance Company has offered to pay the below amounts in full settlement and satisfaction by way of compromise of the right of action and claim for damages alleged to have accrued to Minor Plaintiffs by reason of the facts and circumstances set forth in this matter, particularly in the Motion, and for any claims Plaintiffs Cruz and Rivera may have for a loss of services and medical expenses incurred or anticipated as a result of the injuries to Minor Plaintiffs; that such compromise settlements are acceptable to Plaintiffs Cruz and Rivera, the parents of Minor Plaintiffs; and that it is to the best interests of Minor Plaintiffs that such compromise offers be approved and accepted as follows:

|  | **Settlement** |
|---|---|
| **Bridget Cruz** | $11,400.00 |
| **Jean Carlos Cruz** | $5,400.00 |
| **Josue Cruz** | $4,900.00 |
| **Jefferson Cruz** | $4,900.00 |

The Court further finds that the Minor Plaintiffs are represented by Bruce A. Levine, Esq., a Qualified Guardian *ad litem* for children in Virginia, who has reviewed the terms and distribution of the settlement proceeds, approves of the same on behalf of Minor Plaintiffs, and has tendered Responses to the Motion which outline his review of the settlements. The Guardian *ad litem's* fee of $950.00 per Minor Plaintiff will be paid by Progressive Mountain Insurance Company.

2

The Court finds that the Minor Plaintiffs have incurred medical expenses resulting in outstanding liens owed to Medicaid, which will be paid by counsel for the Minor Plaintiffs out of their respective settlement proceeds, in the following amounts:

|  | Lien Amount |
|---|---|
| **Bridget Cruz** | $81.92 |
| **Jean Carlos Cruz** | $81.92 |
| **Josue Cruz** | $81.92 |
| **Jefferson Cruz** | $195.92 |

It is hereby ORDERED, ADJUDGED and DECREED that counsel for the Plaintiffs is to pay the outstanding medical liens as outlined above to the lienholder out of the settlement proceeds, and that Defendants are hereby released from any further liability and responsibility arising out of any and all medical liens and/or medical costs incurred by Minor Plaintiffs as well as Plaintiffs Cruz and Rivera as a result of the accident as alleged in the Motion.

And it further appearing that counsel of record for the Minor Plaintiffs, Ray Shepard, Esq., is entitled to the amounts outlined below as reasonable compensation for such attorney's services rendered and expenses advanced in connection with each of Minor Plaintiffs' claims, it is further ORDERED that from the amount of the compromise settlement hereinabove approved and accepted that the sums outlined below be paid to counsel of record for Minor Plaintiffs, which fees and expenses the Court finds to be reasonable and proper:

|  | Fees | Expenses |
|---|---|---|
| **Bridget Cruz** | $3,420.00 | $319.73 |
| **Jean Carlos Cruz** | $1,620.00 | $216.97 |
| **Josue Cruz** | $1,470.00 | $218.11 |
| **Jefferson Cruz** | $1,470.00 | $215.83 |

It is hereby ORDERED, ADJUDGED and DECREED, that the remaining balances will be paid to Plaintiffs Cruz and Rivera, as Next Friends and parents of Minor Plaintiffs, pursuant to Va.

3

Code § 8.01-606, to be held in separate accounts for each Minor Plaintiff for their benefit and to be withdrawn only pursuant to further Order of this Court, or until such time as Minor Plaintiffs reach the age of eighteen years at which time all interest and principal shall be paid to Minor Plaintiffs, as follows:

|  | **Disbursement to Minor Plaintiffs** |
|---|---|
| **Bridget Cruz** | $7,578.35 |
| **Jean Carlos Cruz** | $3,481.11 |
| **Josue Cruz** | $3,129.97 |
| **Jefferson Cruz** | $3,018.25 |

And it further appearing that Plaintiffs Cruz and Rivera have made claims against Donovan Dewayne Ross, and Craft Transportation, LLC for their own injuries arising out of the accident as set forth in the Motion, that said claims have been settled with Defendants separately and settlement of such claims does not require this Court's approval and the terms of the settlements need not be set forth herein, but nonetheless the Parties seek dismissal with prejudice of Plaintiffs Cruz and Rivera's own claims as pursuant to the Stipulation of Dismissal with prejudice filed herewith.

Accordingly, it is ORDERED, ADJUDGED and DECREED, that these compromise settlements be and the same are hereby approved, accepted, and confirmed; that Plaintiffs Cruz and Rivera each shall execute settlement agreements as next friends of the Minor Plaintiffs individually and releasing Defendants from any further liability in connection with the accident as set forth in the Motion and any and all liens arising therefrom; and that Progressive Mountain Insurance Company, Donovan Dewayne Ross, and Craft Transportation, LLC, and all of their past, present and future officers, directors, stockholders, attorneys, agents, insurers, servants, representatives, employees, subsidiaries, affiliates, partners, predecessors and successors in interest, assigns, and all other persons, firms or corporations with whom any of the former have

been, are now, or may hereafter be affiliated, now stand discharged of any further ability or responsibility to Minor Plaintiffs and Plaintiffs Cruz and Rivera, on account of Minor Plaintiffs' injuries, on account of Plaintiffs' Cruz and Rivera's own injuries, or otherwise arising out of the accident as set forth in the Motion.

It is further ORDERED that this action be, and hereby is dismissed agreed with prejudice pursuant to the Stipulation of Dismissal with prejudice filed herewith. The Clerk shall remove this matter from the active docket of this Court and issue copies of this Order to all counsel.

_____
Hon. William E. Fitzpatrick
United States Magistrate Judge

Date: MAY 31, 2024
Alexandria, Virginia

WE ASK FOR THIS:

_____
Sandra M. Douglas (VSB No. 28808)
Michael T. Essig (VSB No. 76697)
Hancock Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: 804.967.9604
Fax: 804.967.9888
sdouglas@hancockdaniel.com
messig@hancockdaniel.com
*Counsel for Defendants*

*[signature]*

Ray Shepard, Esq. (VSB No. 38237)
The Shepard Law Firm, LLC
122 Riviera Drive
Pasadena, Maryland 21122
Telephone: 410-255-0700
Fax: 410-773-1922
RAY@SHEPARD.LAW
*Counsel for Minor Plaintiffs and*
*Plaintiffs Cruz and Rivera*

*[signature]*

Carlos Cruz
3916 Ilford Road
Silver Spring, MD 20906-4422
*Individually and as Parent and Next*
*Friend of Minor Plaintiffs, Bridget Cruz,*
*Jean Carlos Cruz, Josue Cruz, Jefferson Cruz*

*[signature]*

Irma Rivera
3916 Ilford Road
Silver Spring, MD 20906-4422
*Individually and as Parent and Next*
*Friend of Minor Plaintiffs, Bridget Cruz,*
*Jean Carlos Cruz, Josue Cruz, Jefferson Cruz*

*[signature] Bruce Levine by permission Ray*

Bruce A. Levine, Esq. (VSB No. 31953)
Holley & Levine, PC
10513 Judicial Drive, Suite 202
Fairfax, Virginia 22030
Phone: (703) 246-9494
Fax: 703) 246-9525
blevine@handlpc.com
*Guardian Ad Litem for Minor Plaintiffs*

6